Michael Jungreis, ABA No. 7711184
mj@reevesamodio.com
Keri-Ann C. Baker, ABA No. 1812129
KBaker@reevesamodio.com
Reeves Amodio LLC
500 L Street, Suite 300
Anchorage, AK 99501
(907) 222-7100
Attorneys for Alaska Resource Education

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| ALASKA RESOURCE EDUCATION an Alaska Nonprofit Corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | Case No. 3:20-cv- 00036-JWS |
| v. | ) ) ) | |
| MICHELLE BRUNNER, and TODD BRUNNER, | ) ) ) ) | |
| Defendants. | ) ) ) | **DISCLOSURE STATEMENT** |

In accordance with Rule 7.1, Fed.R.Civ.Pro., plaintiff Alaska Resource Education states that as a nonprofit corporation under Alaska law, it has no shareholders or owners, and therefore there is no parent corporation or any publicly held corporation owning 10% or more of its stock.

DATED at Anchorage, Alaska this $\underline{18}$ day of February 2020.

<div style="margin-left:40%">

REEVES AMODIO LLC
Attorneys Plaintiffs Alaska Resource Education

By: _____

Michael Jungreis, ABA #7711184
Keri-Ann C. Baker, ABA #1812129

</div>

REEVES AMODIO LLC
500 L STREET, SUITE 300
ANCHORAGE, ALASKA 99501-1990
PHONE (907) 222-7100, FAX (907) 222-7199

DISCLOSURE STATEMENT
Alaska Resource Education v. Brunner
3:20-cv-