Michelle S. Nesbett
Birch Horton Bittner & Cherot
510 L Street, Suite 700
Anchorage, Alaska 99501
mnesbett@bhb.com
Telephone 907.276.1550
Facsimile 907.276.3680

Attorney for Defendant Michelle Brunner

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA RESOURCE EDUCATION, an Alaskan Nonprofit Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MICHELLE BRUNNER, and TODD BRUNNER,<br><br>Defendants. | )<br>) Case No. 3:20-cv-00036-SLG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that Birch Horton Bittner & Cherot hereby enters its appearance on behalf of Defendant Michelle Brunner in the above-entitled action and requests that copies of notices, pleadings and other documents be served upon Michelle S. Nesbett, at 510 L Street, Suite 700, Anchorage, Alaska 99501.

ENTRY OF APPEARANCE
Alaska Resource Education v. Brunner, et al., Case No. 3:20-cv-36-SLG
Page 1 of 2
00914308.DOCX
Case 3:20-cv-00036-SLG   Document 11   Filed 03/20/20   Page 1 of 2

DATED this 20th day of March, 2020.

        s/ Michelle S. Nesbett
        MICHELLE S. NESBETT
        Attorney for Amanda Wright
        Alaska Bar No: 0705028

CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2020,
a copy of foregoing this document
was served ELECTRONICALLY on:

Keri-Ann Baker
Michael Jungreis
Reeves Amodio LLC
kbaker@reevesamodio.com
mj@reevesamodio.com

s/ Cherise S.J. Chong